73 A.3d 521

Rodney WELLS, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.

No. 78 EM 2013.

Supreme Court of Pennsylvania.

July 31, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 31st day of July, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**